Case 4:25-cv-00006   Document 17   Filed on 05/22/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW BADER,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-00006 |
| ROCKET MORTGAGE, LLC,<br>    Defendant. | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 14, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 6). Judge Ho filed a Memorandum and Recommendation on April 29, 2025, recommending that this lawsuit be dismissed with prejudice because Plaintiff has not stated a claim for breach of contract, gross negligence, or unjust enrichment. (Dkt. 15).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 15) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) This case is **DISMISSED WITH PREJUDICE.**

It is so **ORDERED**.

SIGNED at Houston, Texas on May 22, 2025.

                                                                  GEORGE C. HANKS, JR.
                                            UNITED STATES DISTRICT JUDGE